UNITED STATES DISTRICT COURT RECEIVED
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION          2007 FEB 13 A 10: 00

|  |  |  |
|---|---|---|
| MICHAEL YOUNG, | ) | DEBRA P. HACKETT, CLK |
|  | ) | U.S. DISTRICT COURT |
| Plaintiff, | ) | MIDDLE DISTRICT ALA |
|  | ) | CIVIL ACTION NO. |
| v. | ) | 2:07CV130-MHT |
|  | ) |  |
| COOPER LIGHTING, INC., | ) |  |
| A Delaware Corporation, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

## MOTION FOR ADMISION *PRO HAC VICE*

Pursuant to Rule 83.1(b) of the local rules of the United States District Court for the Middle District of Alabama, the undersigned counsel, Matthew A. Freeman, hereby moves to be admitted *pro hac vice* to the bar of this court for the purpose of representing Defendant Cooper Lighting, Inc. ("CLI") in this matter.[1] In support of this Motion, the following information is provided:

    (a)    Full name of the movant-attorney:    Matthew A. Freeman;

    (b)    Address, telephone number and fax number of the movant-attorney: 1900 Marquis One Tower, 245 Peachtree Center Avenue, NE, Atlanta, Georgia 30303; T: 404-525-8200; F: 404-525-1173;

    (c)    Name of the Firm or letterhead under which the movant practices: Jackson Lewis LLP;

---

[1] A check in the amount of $20.00 is attached to cover the costs associated with this filing.

(d) Bars, state and federal, of which the movants are members, with registration numbers: Mr. Freeman: Georgia Bar No. 275777;

(e) The movant is a member in good standing of the Georgia bar and are not under suspension or disbarment from any bar: see attached Certificate of Good Standing from the Northern District Court of Georgia;

(f) Movant does not reside in the Middle District of Alabama, and is not regularly employed in this district and does not regularly engage in the practice of law in this district.

Movant respectfully requests that this Motion be granted and that he be admitted *pro hac vice* to the bar of the Court to appear in the instant matter.

Respectfully submitted this 9th day of February, 2007.

JACKSON LEWIS LLP
1900 Marquis One Tower
245 Peachtree Center Avenue, N.E.
Atlanta, GA 30303-1226
(404) 525-8200

By: _____
Matthew A. Freeman
Georgia Bar No. 275777

ATTORNEYS FOR DEFENDANT
COOPER LIGHTING, INC.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL YOUNG, | ) |
| Plaintiff, | ) CIVIL ACTION NO. |
| v. | ) |
| COOPER LIGHTING, INC., A Delaware Corporation, | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing **DEFENDANT COOPER LIGHTING, INC.'S MOTION FOR ADMISSION *PRO HAC VICE*** by causing a copy to be deposited in the United States mail, first class postage prepaid, to:

Jerry Roberson, Esq.
Roberson & Roberson
8 Office Park Circle, Suite 150
Birmingham, AL 35223

Albert Adams, Esq.
Russel Irby Law Firm
257 West Broad Street
Eufaula, AL 36027-0910

This 12 day of February, 2007.

_____
Joel P. Smith, Jr.

# Attachment



# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA            }
                                    } ss.
NORTHERN DISTRICT OF GEORGIA        }

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **MATTHEW A. FREEMAN, 275777,** was duly admitted to practice in said Court on April 30, 2001 and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 9th day of February, 2007.

JAMES N. HATTEN
CLERK OF COURT

By: _____
Luis Perez
Deputy Clerk

