IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL YOUNG, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:07cv130-MHT |
| | ) | |
| COOPER LIGHTING, INC., | ) | |
| | ) | |
|    Defendant. | ) | |

ORDER

It is ORDERED that the motion for admission pro hac vice (Doc. No. 2) is granted.

DONE, this the 16th day of February, 2007.


                                     /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE