IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| MICHAEL YOUNG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:07cv130-MHT |
| ) | |
| COOPER LIGHTING, INC., ) | |
| ) | |
| Defendant. ) | |

### ORDER

It is ORDERED that the motion for admission pro hac vice (Doc. No. 6) is granted.

DONE, this the 21st day of February, 2007.


　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE