**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **MICHAEL YOUNG,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION NO.  2:07-cv-130-MHT** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **COOPER LIGHTING, INC.,** | ) | |
| **A Delaware Corporation,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**REPORT OF PARTIES PLANNING MEETING**

**1.     Meeting of Parties:**

Pursuant to this Court's Order, counsel for Plaintiff and counsel for Defendant Cooper

Lighting, Inc. ("CLI") met, via telephone, on Tuesday, February 27, 2007, to develop a Proposed

Planning Report, detailed as follows:

**2.     Counsel:**

The Complaint in this case was removed to this Court on February 6, 2007, and was

timely answered by Defendant on February 9, 2007.

The following individually named attorneys are hereby designated as lead counsel for the

Parties:

Defendant Cooper Lighting, Inc.     Emily S. Blumenthal, Esq.
                                    Jackson Lewis LLP
                                    1900 Marquis One Tower
                                    245 Peachtree Center Avenue, NE
                                    Atlanta, Georgia 30303-1226
                                    404-525-8200

Plaintiff Michael Young                    Jerry Dean Roberson
                                           Roberson & Roberson
                                           3765 Kinross Drive
                                           P. O. Box 380487
                                           Birmingham, AL 35238-0487
                                           205-981-3906

**3.      Discovery Period:**

The parties propose a (6) month discovery period.  Discovery will commence on March

21, 2007, and end on September 21, 2007.  The parties will serve initial disclosures by March 14,

2007.

Plaintiff must designate any expert witness, with disclosures required by Fed.R.Civ.P.

26(a)(2)(B), on or before July 25, 2007.  Defendant must designate any expert witness, with

disclosures required by Fed.R.Civ.P. 26(a)(2)(B), on or before August 29, 2007.  If Defendant

designates an expert where Plaintiff has not previously designated an expert, Plaintiff shall have

an additional thirty (30) days to designate a rebuttal expert witness.

During the discovery period, the parties intend to conduct discovery as follows:

a.      Thirty (30) Interrogatories to/from each party;

b.      Forty (40) Production Requests to/from each party; and

c.      Thirty (30) Requests for Admission to/from each party.

Each party agrees to the depositions listed below, allowing for each party to take a

maximum of six (6) depositions without leave of court.  The parties propose the following

deposition schedule, which may be subject to change upon agreement of the parties:

CLI:

    Michael Young,[1] Plaintiff               May 2007

    Expert(s) or treating physician(s) of Plaintiff

Plaintiff:


The parties will schedule and arrange any non-party witness depositions, within the discovery period, as not to delay trial. Because the parties reside in the Eufala, Alabama area, the parties expect depositions to be conducted in the Eufala area, at a specified location to be determined by the parties with advance notice. The parties reserve the right to change the deposition schedule with reasonable notice (seven days) as necessary.

The attorneys for the parties intend to supplement all disclosures, including witness disclosures, prospective deponents, and written discovery responses 30 days prior to the close of discovery.

**4.     Amendment to the Pleadings:**

The deadline to join a party or amend the pleadings is April 16, 2007. The parties do not presently anticipate the necessity to amend the parties' pleadings. However, the parties reserve the right to request an extension for good cause, and if in good faith the parties believe an amendment is necessary.

**5.     Filing Time for Motions:**

All dispositive motions will be filed thirty (30) days after discovery ends, on or before Monday, October 22, 2007, unless otherwise ordered by the Court. Respondent will have twenty

---

[1] The parties agree that Mr. Young will be the first deposition in this case.

(20) days to respond to dispositive motions, on or before Monday, November 12, 2007. Movant

may thereafter file a reply on or before Wednesday, November 28, 2007.

Motions to Compel must be filed by the later of the close of discovery or within five (5)

business days of receipt (or notice if there is no receipt) of the discovery at issue.

Any motions not specifically limited by this Order shall be filed by September 3, 2007.

**6.    Complex Issues**

The parties do not anticipate unusually complex issues or discovery matters at this time.

The parties believe that a Joint Stipulation and Order of Confidentiality will be appropriate to

govern confidentiality related to information likely to be produced by the parties during

discovery.

**7.    Related Actions**

There are no related actions to this case.

Respectfully submitted this 2nd day of March, 2007.

| | |
|---|---|
| ROBERSON & ROBERSON | JACKSON LEWIS LLP |
| 3765 Kinross Drive | 1900 Marquis One Tower |
| P. O. Box 380487 | 245 Peachtree Center Avenue, N.E. |
| Birmingham, AL 35238-0487 | Atlanta, Georgia 30303-1226 |
| (205) 981-3906 | (404) 525-8200 |
| | |
| By:    s/Jerry Roberson | By:    s/ Emily S. Blumenthal |
| Jerry Roberson (ROB 010) | Emily S. Blumenthal |
| | Georgia Bar No. 064065 |
| IRBY LAW FIRM, LLC | Matthew A. Freeman |
| P.O. Box 910 | Georgia Bar No. 275777 |
| Eufaula, AL 36072-0910 | |
| (334) 687-6672 | ATTORNEYS FOR DEFENDANT COOPER LIGHTING, INC. |
| | |
| By:    s/ Albert Holman Adams, Jr. | |
| Albert Holman Adams, Jr. | |
| | |
| ATTORNEYS FOR PLAINTIFF | |

\*                                    \*                                    \*


Upon review of the information above, the Court orders the schedule for this case,

proposed above, is as stated, except as herein modified:

IT IS SO ORDERED,

This _____ day of _____, 2007.

_____
Hon. Myron H. Thompson
U.S. District Court, Middle District of Alabama

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **MICHAEL YOUNG,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION NO.  2:07-cv-130-MHT** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **COOPER LIGHTING, INC.,** | ) | |
| **A Delaware Corporation,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2007, I electronically filed the foregoing **JOINT**

**PROPOSED PLANNING REPORT** with the Clerk of Court using the CM/ECF system which

will automatically send email notification of such filing to the following attorney of record:

       Jerry Roberson, Esq.
       Roberson & Roberson
       8 Office Park Circle, Suite 150
       Birmingham, AL 35223

       Albert Adams, Esq.
       Russel Irby Law Firm
       257 West Broad Street
       Eufala, AL 36027-0910

                          /s/ Matthew A. Freeman
                          Matthew A. Freeman
                          Georgia Bar No. 275777