IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| MICHAEL YOUNG, )<br>   )<br>   Plaintiff, )<br>   )<br>v. )<br>   )<br>COOPER LIGHTING, INC., )<br>   )<br>   Defendant. ) | CIVIL ACTION NO.<br>2:07cv130-MHT |

### ORDER

It is ORDERED that the petition for remand (Doc. No. 9) is set for submission, without oral argument, on March 23, 2007, with all briefs due by said date.

DONE, this the 8th day of March, 2007.

　　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE