# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| **MICHAEL YOUNG,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION NO.** |
| | ) | |
| v. | ) | 2:07-cv-130-MHT |
| | ) | |
| **COOPER LIGHTING, INC.,** | ) | |
| **A Delaware Corporation,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## CORPORATE/CONFLICT DISCLOSURE STATEMENT

In accordance with the order of this Court, the undersigned party or parties to the above-captioned matter do hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

The following entities are hereby reported:

Cooper Industries, Ltd.; Cooper US, Inc.,
Parent corporations of Cooper Lighting, Inc.

Respectfully submitted this 14th day of March, 2007.

LEAD COUNSEL: **Matthew A. Freeman**
Emily S. Blumenthal
Georgia Bar No. 064065
Matthew A. Freeman
Georgia Bar No. 275777
Counsel for Defendant
Jackson Lewis LLP
1900 Marquis One Tower
245 Peachtree Center Avenue, N.E.
Atlanta, Georgia 30303-1226
T: (404) 525-8200
F: (404) 525-1173

LOCAL COUNSEL: Joel P. Smith, Jr., Esq.
Williams, Potthoff, Williams & Smith, L.L.C.
125 South Orange Avenue
Eufaula, Alabama 36027-1626
Tele: 334-687-5834
Fax: 334-687-5722

ATTORNEYS FOR DEFENDANT
COOPER LIGHTING, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **MICHAEL YOUNG,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION NO.** |
| | ) | |
| v. | ) | 2:07-cv-130-MHT |
| | ) | |
| **COOPER LIGHTING, INC.,** | ) | |
| **A Delaware Corporation,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2007, I electronically filed the foregoing **CORPORATE/CONFLICT DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record:

    Jerry Roberson, Esq.
    Roberson & Roberson
    3765 Kinross Drive
    P. O. Box 380487
    Birmingham, AL 35238-0487

    Albert Adams, Esq.
    Russel Irby Law Firm
    257 West Broad Street
    Eufaula, AL 36027-0910

    /s/ Matthew A. Freeman_____
    Matthew A. Freeman